E-FILED
Tuesday, 17 August, 2004  04:31:57 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**

AUG 1 6 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Samuel Collins      )
     )
     )
     )
      Plaintiff,      )
     )
      vs.      )
     )
     )
     )
     )
     )
      Defendant(s).      )

No. _O4-1275_
(Supplied by Clerk)

## PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
## WITHOUT PREPAYMENT OF FEES AND COSTS

I, ___Samuel Collins___, plaintiff, move the court for
leave to proceed without prepayment of fees and costs in the above
action. I declare under penalty of perjury that the following facts
are true:

1. I am the party initiating this action and I believe I am
entitled to redress.

2. I am unable to prepay the fees and costs of this
proceeding, or to give security, because of my poverty.

3. I am (check one) Single _✓_ Married ____ Separated ____
Divorced ____

4. My responses to the following questions are true: YES

A. Are you presently employed in any capacity including a
paying position while incarcerated as an inmate in a correctional
center? Yes ( ) No ( ✓ )

B. If so, by whom, what is your position, and what is your
pay?

_____

_____

C. If not, when were you last employed and what was your pay?
This includes prior inmate positions?

_Oct 17/04 - $30.00_

_____

1

D.  Have you received money from any other source, including judgments, in the last 6 months?  Yes (   )  No ( ✓ )  If yes, describe each source and state how much you received.

_____

_____

E.  If you are presently incarcerated, how much money do you have in your institutional trust fund account?  ___NONE___

F.  If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

_____

_____

_____

G.  How much money do you have in private checking or saving accounts?  ___NONE_____

H.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)?  Yes (   )  No ( ✓ )

If yes, describe the property and its approximate value:

_____

_____

I.  Do you have any debts or obligations?  Yes (   )  No ( ✓ )

If yes, list the amount owed, to whom, and any current payments that you are making.

_____

_____

_____

J.  List your dependents, state your relationship to them, and state how much you contribute to their support each month.  Also, state how long you have contributed to that support and other means by which your dependents receive support.

___NONE_____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date:** | 2/27/2004 | | | | | | **Page 1** |
| **Time:** | 12:33pm | | | | | | |

**Danville Correctional Center**
**Inmate Trust Fund**
Inmate Transaction Statement

d_list_inmate_trans_statement_composite

REPORT CRITERIA  -  Date: 01/01/2000 thru 02/27/2004;     Inmate: B35214;     Active Status Only ? : Yes;     Print
Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include
Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: B35214  Collins, Samuel**                       **Housing Unit: DAN-01-D -51**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 07/19/00 | Mail Room | 04 Intake and Transfers fro | 201213 | 10453 | Pinckneyville C.C. | 12.76 | 12.76 |
| 07/24/00 | Mail Room | 04 Intake and Transfers fro | 206213 | 10476 | Pinckneyville C.C. | 45.00 | 57.76 |
| 07/26/00 | Point of Sale | 60 Commissary | 208718 | 00229160 | Commissary | -36.04 | 21.72 |
| 08/02/00 | Point of Sale | 60 Commissary | 215718 | 00230132 | Commissary | -9.55 | 12.17 |
| 08/16/00 | Payroll | 20 Payroll Adjustment | 229116 | | P/R month of 07/2000 | 10.62 | 22.79 |
| 08/16/00 | Payroll | 20 Payroll Adjustment | 229113 | | Court Ordered Fee | -2.12 | 20.67 |
| 08/23/00 | Point of Sale | 60 Commissary | 236718 | 00231488 | Commissary | -18.83 | 1.84 |
| 08/23/00 | Mail Room | 04 Intake and Transfers fro | 236239 | 11241 | Pinckneyville C.C. | 3.17 | 5.01 |
| 08/29/00 | Point of Sale | 60 Commissary | 242710 | 00232994 | Commissary | -2.95 | 2.06 |
| 09/12/00 | Point of Sale | 60 Commissary | 256722 | 00234865 | Commissary | -1.96 | .10 |
| 09/14/00 | Payroll | 20 Payroll Adjustment | 258116 | | P/R month of 08/2000 | 15.00 | 15.10 |
| 09/15/00 | Payroll | 20 Payroll Adjustment | 259113 | | Court Ordered Fee | -3.00 | 12.10 |
| 09/19/00 | Point of Sale | 60 Commissary | 263731 | 00236142 | Commissary | -11.70 | .40 |
| 09/21/00 | Mail Room | 01 Money Order, Cert or C | 265244 | 1297626 | Collins, Joann | 25.00 | 25.40 |
| 09/26/00 | Point of Sale | 60 Commissary | 270710 | 00237540 | Commissary | -23.22 | 2.18 |
| 10/03/00 | Point of Sale | 60 Commissary | 277710 | 00238524 | Commissary | -1.84 | .34 |
| 10/13/00 | Payroll | 20 Payroll Adjustment | 287116 | | P/R month of 09/2000 | 15.00 | 15.34 |
| 10/14/00 | Payroll | 20 Payroll Adjustment | 288113 | | Court Ordered Fee | -3.00 | 12.34 |
| 10/17/00 | Point of Sale | 60 Commissary | 291722 | 00240808 | Commissary | -11.22 | 1.12 |
| 11/01/00 | Mail Room | 01 Money Order, Cert or C | 306205 | 41606547 | Collins,Joann | 30.00 | 31.12 |
| 11/03/00 | Disbursements | 80 Postage | 308313 | Chk # 61618 | D.O.C.: Postage | -.33 | 30.79 |
| 11/07/00 | Point of Sale | 60 Commissary | 312710 | 00243892 | Commissary | -28.22 | 2.57 |
| 11/09/00 | Payroll | 20 Payroll Adjustment | 314116 | | P/R month of 10/2000 | 15.00 | 17.57 |
| 11/13/00 | Payroll | 20 Payroll Adjustment | 318113 | | Court Ordered Fee | -3.00 | 14.57 |
| 12/05/00 | Point of Sale | 60 Commissary | 340718 | 00247206 | Commissary | -14.35 | .22 |
| 12/14/00 | Payroll | 20 Payroll Adjustment | 349116 | | P/R month of 11/2000 | 6.75 | 6.97 |
| 12/15/00 | Payroll | 20 Payroll Adjustment | 350113 | | Court Ordered Fee | -1.35 | 5.62 |
| 12/19/00 | Point of Sale | 60 Commissary | 354722 | 00249499 | Commissary | -5.57 | .05 |
| 12/21/00 | Mail Room | 01 Money Order, Cert or C | 356227 | 1106768 | Collins, Joann | 20.00 | 20.05 |
| 12/27/00 | Payroll | 20 Payroll Adjustment | 362116 | | Supp Pr 11/00 | 1.50 | 21.55 |
| 01/03/01 | Point of Sale | 60 Commissary | 003710 | 00251015 | Commissary | -21.09 | .46 |
| 01/05/01 | Disbursements | 80 Postage | 005313 | Chk # 62399 | D.O.C.: Postage | -.33 | .13 |
| 01/11/01 | Payroll | 20 Payroll Adjustment | 011116 | | P/R month of 12/2000 | 15.00 | 15.13 |
| 01/12/01 | Payroll | 20 Payroll Adjustment | 012113 | | Court Ordered Fee | -3.00 | 12.13 |
| 01/16/01 | Point of Sale | 60 Commissary | 016718 | 00253089 | Commissary | -8.05 | 4.08 |
| 01/18/01 | Disbursements | 90 Medical Co-Pay | 018313 | Chk # 62546 | D.O.C. : Medical Ser | -2.00 | 2.08 |
| 01/26/01 | Disbursements | 80 Postage | 026313 | Chk # 62751 | D.O.C.: Postage | -.68 | 1.40 |
| 02/17/01 | Payroll | 20 Payroll Adjustment | 048116 | | P/R month of 01/2001 | 15.00 | 16.40 |
| 02/19/01 | Payroll | 20 Payroll Adjustment | 050113 | | Court Ordered Fee | -3.00 | 13.40 |
| 02/20/01 | Point of Sale | 60 Commissary | 051731 | 00258877 | Commissary | -13.15 | .25 |
| 02/23/01 | Mail Room | 01 Money Order, Cert or C | 054227 | 1202744 | Collins, Joann | 30.00 | 30.25 |
| 02/28/01 | Mail Room | 01 Money Order, Cert or C | 059227 | 06224510919 | Collins, Cora | 20.00 | 50.25 |
| 03/06/01 | Point of Sale | 60 Commissary | 065710 | 260562 | Commissary | -45.31 | 4.94 |

Time: 12:33pm

d_list_inmate_trans_statement_composite

**Danville Correctional Center**
**Inmate Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2000 thru 02/27/2004; Inmate: B35214; Active Status Only ? : Yes; Print
Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include
Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B35214 Collins, Samuel**        **Housing Unit: DAN-01-D -51**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 03/14/01 | Point of Sale | 60 Commissary | 073731 | 262200 | Commissary | -4.67 | .27 |
| 03/16/01 | Payroll | 20 Payroll Adjustment | 075116 | | P/R month of 02/2001 | 12.00 | 12.27 |
| 03/21/01 | Point of Sale | 60 Commissary | 080710 | 263710 | Commissary | -12.11 | .16 |
| 04/11/01 | Mail Room | 01 Money Order, Cert or C | 101227 | 180353 | COLLINS, JOANN | 25.00 | 25.16 |
| 04/12/01 | Payroll | 20 Payroll Adjustment | 102116 | | P/R month of 03/2001 | 12.00 | 37.16 |
| 04/18/01 | Point of Sale | 60 Commissary | 108721 | 268231 | Commissary | -32.28 | 4.88 |
| 04/25/01 | Point of Sale | 60 Commissary | 115718 | 269723 | Commissary | -4.73 | .15 |
| 05/17/01 | Mail Room | 01 Money Order, Cert or C | 137244 | 402311 | Collins, Joann | 30.00 | 30.15 |
| 05/17/01 | Payroll | 20 Payroll Adjustment | 137116 | | P/R month of 04/2001 | 12.00 | 42.15 |
| 05/24/01 | Point of Sale | 60 Commissary | 144718 | 273740 | Commissary | -39.86 | 2.29 |
| 05/24/01 | Disbursements | 80 Postage | 144313 | Chk #64540 | 800122576 - D.O.C.: Postage | -1.18 | 1.11 |
| 06/11/01 | Mail Room | 01 Money Order, Cert or C | 162220 | 405407 | Collins, Manuel | 10.00 | 11.11 |
| 06/11/01 | Mail Room | 01 Money Order, Cert or C | 162220 | 809910 | Collins, Cora | 20.00 | 31.11 |
| 06/11/01 | Mail Room | 01 Money Order, Cert or C | 162220 | 405405 | Collins, Samuel | 25.00 | 56.11 |
| 06/11/01 | Mail Room | 01 Money Order, Cert or C | 162220 | 405406 | Collins, Joann | 25.00 | 81.11 |
| 06/14/01 | Point of Sale | 60 Commissary | 165710 | 276561 | Commissary | -8.79 | 72.32 |
| 06/14/01 | Point of Sale | 60 Commissary | 165710 | 276564 | Commissary | -44.45 | 27.87 |
| 06/14/01 | Payroll | 20 Payroll Adjustment | 165116 | | P/R month of 05/2001 | 12.00 | 39.87 |
| 06/21/01 | Point of Sale | 60 Commissary | 172710 | 278053 | Commissary | -18.69 | 21.18 |
| 06/21/01 | Point of Sale | 60 Commissary | 172710 | 278056 | Commissary | -20.42 | .76 |
| 07/12/01 | Payroll | 20 Payroll Adjustment | 193116 | | P/R month of 06/2001 | 12.00 | 12.76 |
| 07/20/01 | Point of Sale | 60 Commissary | 201710 | 282733 | Commissary | -12.29 | .47 |
| 08/03/01 | Mail Room | 01 Money Order, Cert or C | 215220 | 1138029 | Collins, Joann | 20.00 | 20.47 |
| 08/06/01 | Disbursements | 84 Library | 218313 | Chk #65525 | 84022139 - D.O.C. : Library | -.15 | 20.32 |
| 08/09/01 | Point of Sale | 60 Commissary | 221710 | 285544 | Commissary | -19.89 | .43 |
| 08/16/01 | Payroll | 20 Payroll Adjustment | 228116 | | P/R month of 07/2001 | 12.00 | 12.43 |
| 08/20/01 | Disbursements | 80 Postage | 232313 | Chk #65682 | 80023065 - D.O.C.: Postage | -.57 | 11.86 |
| 08/24/01 | Point of Sale | 60 Commissary | 236722 | 288270 | Commissary | -10.40 | 1.46 |
| 08/24/01 | Mail Room | 01 Money Order, Cert or C | 236220 | 251141334 | Collins, Cora | 50.00 | 51.46 |
| 08/29/01 | Disbursements | 80 Postage | 241313 | Chk #65876 | 80023228 - D.O.C.: Postage | -.01 | 51.45 |
| 08/30/01 | Point of Sale | 60 Commissary | 242731 | 289027 | Commissary | -13.35 | 38.10 |
| 09/07/01 | Point of Sale | 60 Commissary | 250710 | 289962 | Commissary | -35.85 | 2.25 |
| 09/10/01 | Point of Sale | 60 Commissary | 253722 | 290167 | Commissary | -1.39 | .86 |
| 09/14/01 | Payroll | 20 Payroll Adjustment | 257116 | | P/R month of 08/2001 | 12.00 | 12.86 |
| 09/18/01 | Point of Sale | 60 Commissary | 261724 | 291479 | Commissary | -9.35 | 3.51 |
| 09/21/01 | Mail Room | 01 Money Order, Cert or C | 264220 | 422834 | Collins, Joann | 25.00 | 28.51 |
| 09/24/01 | Point of Sale | 60 Commissary | 267731 | 292597 | Commissary | -25.07 | 3.44 |
| 10/12/01 | Payroll | 20 Payroll Adjustment | 285116 | | P/R month of 09/2001 | 10.30 | 13.74 |
| 10/15/01 | Point of Sale | 60 Commissary | 288718 | 295627 | Commissary | -13.69 | .05 |
| 10/26/01 | Mail Room | 01 Money Order, Cert or C | 299220 | P282643 | Collins, Joann | 30.00 | 30.05 |
| 10/29/01 | Point of Sale | 60 Commissary | 302722 | 297957 | Commissary | -29.88 | .17 |
| 11/20/01 | Payroll | 20 Payroll Adjustment | 324116 | | P/R month of 10/2001 | 14.29 | 14.46 |
| 11/26/01 | Point of Sale | 60 Commissary | 330722 | 300869 | Commissary | -14.32 | .14 |

Date: 2/27/2004
Time: 12:33pm

d_list_inmate_trans_statement_composite

**Danville Correctional Center**
**Inmate Trust Fund**
Inmate Transaction Statement

Page 3

REPORT CRITERIA  -  Date: 01/01/2000 thru 02/27/2004;    Inmate: B35214;    Active Status Only ? : Yes;    Print
Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include
Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B35214  Collins, Samuel**                                **Housing Unit: DAN-01-D -51**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 11/30/01 | Mail Room | 01 Money Order, Cert or C | 334220 | 1152560 | Collins, Joann | 30.00 | 30.14 |
| 12/04/01 | Point of Sale | 60 Commissary | 338718 | 302120 | Commissary | -29.94 | .20 |
| 12/13/01 | Payroll | 20 Payroll Adjustment | 347116 | | P/R month of 11/2001 | 16.00 | 16.20 |
| 12/18/01 | Point of Sale | 60 Commissary | 352718 | 304453 | Commissary | -14.89 | 1.31 |
| 01/10/02 | Mail Room | 01 Money Order, Cert or C | 010220 | B068557 | Collins, Joann | 30.00 | 31.31 |
| 01/10/02 | Payroll | 20 Payroll Adjustment | 010116 | | P/R month of 12/2001 | 16.00 | 47.31 |
| 01/15/02 | Point of Sale | 60 Commissary | 015722 | 308262 | Commissary | -46.74 | .57 |
| 02/15/02 | Payroll | 20 Payroll Adjustment | 046116 | | P/R month of 01/2002 | 16.00 | 16.57 |
| 02/20/02 | Point of Sale | 60 Commissary | 051722 | 313149 | Commissary | -15.74 | .83 |
| 03/15/02 | Payroll | 20 Payroll Adjustment | 074116 | | P/R month of 02/2002 | 14.59 | 15.42 |
| 03/20/02 | Point of Sale | 60 Commissary | 079731 | 317607 | Commissary | -15.21 | .21 |
| 04/11/02 | Payroll | 20 Payroll Adjustment | 101116 | | P/R month of 03/2002 | 16.00 | 16.21 |
| 04/18/02 | Point of Sale | 60 Commissary | 108722 | 321851 | Commissary | -15.81 | .40 |
| 04/29/02 | Mail Room | 01 Money Order, Cert or C | 119203 | 460070 | Collins, Joann | 25.00 | 25.40 |
| 05/01/02 | Point of Sale | 60 Commissary | 121718 | 323685 | Commissary | -7.05 | 18.35 |
| 05/08/02 | Point of Sale | 60 Commissary | 128710 | 324454 | Commissary | -18.34 | .01 |
| 05/16/02 | Payroll | 20 Payroll Adjustment | 136116 | | P/R month of 04/2002 | 16.00 | 16.01 |
| 05/20/02 | Disbursements | 80 Postage | 140313 | Chk #69152 | 800222257 - D.O.C.: Postage | -4.40 | 11.61 |
| 05/23/02 | Point of Sale | 60 Commissary | 143718 | 326778 | Commissary | -9.15 | 2.46 |
| 05/31/02 | Disbursements | 80 Postage | 151313 | Chk #69314 | 800222925 - D.O.C.: Postage | -.34 | 2.12 |
| 05/31/02 | Disbursements | 90 Medical Co-Pay | 151313 | Chk #69332 | 900222435 - D.O.C. : Medical S | -2.00 | .12 |
| 06/11/02 | Mail Room | 01 Money Order, Cert or C | 162220 | 0939377 | Collins, Samuel | 40.00 | 40.12 |
| 06/13/02 | Disbursements | 80 Postage | 164313 | Chk #69475 | 800223859 - D.O.C.: Postage | -5.00 | 35.12 |
| 06/13/02 | Point of Sale | 60 Commissary | 164718 | 329572 | Commissary | -34.84 | .28 |
| 06/13/02 | Payroll | 20 Payroll Adjustment | 164116 | | P/R month of 05/2002 | 16.00 | 16.28 |
| 06/18/02 | Disbursements | 88 B35214 Photos | 169313 | Chk #69564 | 880224057 - Inmate Benefit Fun | -6.00 | 10.28 |
| 06/20/02 | Point of Sale | 60 Commissary | 171710 | 330930 | Commissary | -9.93 | .35 |
| 07/11/02 | Payroll | 20 Payroll Adjustment | 192116 | | P/R month of 06/2002 | 16.00 | 16.35 |
| 08/05/02 | Point of Sale | 60 Commissary | 217710 | 337445 | Commissary | -16.29 | .06 |
| 08/06/02 | Mail Room | 01 Money Order, Cert or C | 218205 | 479838 | Collins, Samuel | 50.00 | 50.06 |
| 08/09/02 | Point of Sale | 60 Commissary | 221710 | 338242 | Commissary | -35.84 | 14.22 |
| 08/15/02 | Point of Sale | 60 Commissary | 227722 | 339163 | Commissary | -11.70 | 2.52 |
| 08/15/02 | Payroll | 20 Payroll Adjustment | 227116 | | P/R month of 07/2002 | 16.29 | 18.81 |
| 08/19/02 | Disbursements | 90 Medical Co-Pay | 231313 | Chk #70249 | 90033458 - D.O.C. : Medical Se | -2.00 | 16.81 |
| 08/23/02 | Point of Sale | 60 Commissary | 235731 | 340759 | Commissary | -16.76 | .05 |
| 09/05/02 | Mail Room | 01 Money Order, Cert or C | 248203 | 483977 | Collins, Joann | 50.00 | 50.05 |
| 09/09/02 | Point of Sale | 60 Commissary | 252731 | 342494 | Commissary | -32.10 | 17.95 |
| 09/09/02 | Point of Sale | 60 Commissary | 252731 | 342498 | Commissary | -5.68 | 12.27 |
| 09/12/02 | Payroll | 20 Payroll Adjustment | 255116 | | P/R month of 08/2002 | 19.20 | 31.47 |
| 09/16/02 | Point of Sale | 60 Commissary | 259710 | 343517 | Commissary | -31.07 | .40 |
| 10/18/02 | Payroll | 20 Payroll Adjustment | 291116 | | P/R month of 09/2002 | 20.00 | 20.40 |
| 10/21/02 | Point of Sale | 60 Commissary | 294731 | 348170 | Commissary | -18.29 | 2.11 |
| 10/21/02 | Disbursements | 90 Medical Co-Pay | 294313 | Chk #70972 | 90037202 - D.O.C. : Medical Se | -2.00 | .11 |

Date: 2/27/2004

Time: 12:33pm

d_list_inmate_trans_statement_composite

**Danville Correctional Center**
**Inmate Trust Fund**
Inmate Transaction Statement

Page 4

REPORT CRITERIA - Date: 01/01/2000 thru 02/27/2004; Inmate: B35214; Active Status Only ? : Yes; Print
Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include
Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B35214 Collins, Samuel** **Housing Unit: DAN-01-D -51**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|-----------------|-------|-------------|-------------|--------|---------|
| 10/29/02 | Mail Room | 01 Money Order, Cert or C | 302220 | 493096 | Collins, Samuel | 40.00 | 40.11 |
| 10/31/02 | Disbursements | 90 Medical Co-Pay | 304313 | Chk #71167 | 90038573 - D.O.C. : Medical Se | -2.00 | 38.11 |
| 11/04/02 | Point of Sale | 60 Commissary | 308765 | 350223 | Commissary | -38.01 | .10 |
| 11/15/02 | Payroll | 20 Payroll Adjustment | 319116 | | P/R month of 10/2002 | 21.70 | 21.80 |
| 11/19/02 | Point of Sale | 60 Commissary | 323765 | 352083 | Commissary | -20.93 | .87 |
| 12/02/02 | Mail Room | 01 Money Order, Cert or C | 336244 | B101322 | Collins, Joann | 50.00 | 50.87 |
| 12/04/02 | Point of Sale | 60 Commissary | 338765 | 353638 | Commissary | -41.34 | 9.53 |
| 12/11/02 | Point of Sale | 60 Commissary | 345722 | 354699 | Commissary | -6.74 | 2.79 |
| 12/13/02 | Payroll | 20 Payroll Adjustment | 347116 | | P/R month of 11/2002 | 10.00 | 12.79 |
| 12/19/02 | Point of Sale | 60 Commissary | 353722 | 356153 | Commissary | -10.74 | 2.05 |
| 12/19/02 | Disbursements | 90 Medical Co-Pay | 353313 | Chk #71698 | 900311970 - D.O.C. : Medical S | -2.00 | .05 |
| 01/16/03 | Payroll | 20 Payroll Adjustment | 016116 | | P/R month of 12/2002 | 22.38 | 22.43 |
| 01/25/03 | Point of Sale | 60 Commissary | 025765 | 361232 | Commissary | -22.31 | .12 |
| 02/04/03 | Mail Room | 01 Money Order, Cert or C | 035213 | 508050 | Collins, Joann | 25.00 | 25.12 |
| 02/06/03 | Point of Sale | 60 Commissary | 037788 | 362932 | Commissary | -23.09 | 2.03 |
| 02/07/03 | Disbursements | 90 Medical Co-Pay | 038313 | Chk #72218 | 900314835 - D.O.C. : Medical S | -2.00 | .03 |
| 02/13/03 | Payroll | 20 Payroll Adjustment | 044116 | | P/R month of 01/2003 | 20.28 | 20.31 |
| 02/14/03 | Disbursements | 90 Medical Co-Pay | 045313 | Chk #72273 | 900315343 - D.O.C. : Medical S | -2.00 | 18.31 |
| 02/21/03 | Point of Sale | 60 Commissary | 052791 | 364712 | Commissary | -12.94 | 5.37 |
| 03/03/03 | Point of Sale | 60 Commissary | 062765 | 365964 | Commissary | -3.36 | 2.01 |
| 03/06/03 | Disbursements | 90 Medical Co-Pay | 065313 | Chk #72537 | 900316589 - D.O.C. : Medical S | -2.00 | .01 |
| 03/13/03 | Payroll | 20 Payroll Adjustment | 072116 | | P/R month of 02/2003 | 9.52 | 9.53 |
| 03/14/03 | Mail Room | 01 Money Order, Cert or C | 073220 | 515543 | Collins, Samuel | 25.00 | 34.53 |
| 03/17/03 | Point of Sale | 60 Commissary | 076788 | 367998 | Commissary | -27.83 | 6.70 |
| 03/24/03 | Point of Sale | 60 Commissary | 083788 | 369440 | Commissary | -5.39 | 1.31 |
| 04/03/03 | Mail Room | 01 Money Order, Cert or C | 093220 | 515540 | Collins, Joann | 25.00 | 26.31 |
| 04/07/03 | Point of Sale | 60 Commissary | 097765 | 370993 | Commissary | -25.79 | .52 |
| 04/17/03 | Payroll | 20 Payroll Adjustment | 107116 | | P/R month of 03/2003 | 10.00 | 10.52 |
| 04/21/03 | Point of Sale | 60 Commissary | 111793 | 372802 | Commissary | -10.40 | .12 |
| 05/06/03 | Mail Room | 01 Money Order, Cert or C | 126220 | 515542 | Collins, Samuel | 25.00 | 25.12 |
| 05/12/03 | Point of Sale | 60 Commissary | 132765 | 375517 | Commissary | -24.80 | .32 |
| 05/15/03 | Payroll | 20 Payroll Adjustment | 135116 | | P/R month of 04/2003 | 10.00 | 10.32 |
| 05/22/03 | Point of Sale | 60 Commissary | 142793 | 377353 | Commissary | -10.13 | .19 |
| 06/12/03 | Payroll | 20 Payroll Adjustment | 163113 | | P/R month of 05/2003 | 10.00 | 10.19 |
| 06/19/03 | Mail Room | 02 Money Order, Business | 170220 | 515541 | Collins, Samuel | 25.00 | 35.19 |
| 06/20/03 | Point of Sale | 60 Commissary | 171765 | 381398 | Commissary | -31.16 | 4.03 |
| 06/20/03 | Disbursements | 90 Medical Co-Pay | 171313 | Chk #73673 | 900323519 - D.O.C. : Medical S | -2.00 | 2.03 |
| 06/20/03 | Disbursements | 90 Medical Co-Pay | 171313 | Chk #73673 | 900323446 - D.O.C. : Medical S | -2.00 | .03 |
| 07/17/03 | Payroll | 20 Payroll Adjustment | 198116 | | P/R month of 06/2003 | 14.31 | 14.34 |
| 07/18/03 | Disbursements | 90 Medical Co-Pay | 199313 | Chk #73928 | 9004999 - D.O.C. : Medical Ser | -2.00 | 12.34 |
| 07/24/03 | Point of Sale | 60 Commissary | 205718 | 385805 | Commissary | -12.25 | .09 |
| 08/13/03 | Mail Room | 01 Money Order, Cert or C | 225220 | 538665 | Collins, Samuel | 40.00 | 40.09 |
| 08/14/03 | Point of Sale | 60 Commissary | 226718 | 388531 | Commissary | -36.41 | 3.68 |

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY.  THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

      I hereby certify that the plaintiff or petitioner in this action has the sum of $_____ in his trust account at the correctional center where he is confined.  I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____
_____

 

_____
(Authorized Officer)

_____
(Institution)

_____
(Title)

DATE _____

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

4